UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| Rita Ballesteros | Civil Action No. 11-cv-2030 |
| versus | Judge Tucker L. Melançon |
| Michael J. Astrue, Commissioner of Social Security | Magistrate Judge Hanna |

**JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. After an independent review of the record and the applicable jurisprudence, and noting the absence of objections, the Court concludes that the Report and Recommendation of the Magistrate Judge is correct, and therefore adopts the findings of fact and conclusions of law set out therein as its own.  Accordingly, it is

**ORDERED** that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and that this action be **DISMISSED** with prejudice.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, this 26th day of December, 2012.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE